THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| NICHOLAS SCOTT POE,<br><br>Plaintiff,<br><br>v.<br><br>DIVISION DIRECTOR HONEY,<br><br>Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:25-CV-33 DAK<br><br>District Judge Dale A. Kimball |

On May 28, 2025, the Court ordered Plaintiff to within thirty days show cause why this action should not be dismissed for Plaintiff's failure to pay his required initial partial filing fee of $0.16. (ECF No. 9.) Plaintiff has not responded and has not been heard from in this case since he filed a change-of-address notice, on March 12, 2025--nearly four months ago. (ECF No. 7.)

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for failure to prosecute. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for

lack of prosecution. If the party does not show good cause, a district judge . . . may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").

DATED this 2d day of July 2025.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court